AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
|  | ) |
| Christopher Young | ) |
| DOB: ▮▮▮▮▮ | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 16, 2019 to June 24, 2019__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2251(a) | did knowingly attempt to employ, use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported using any means and facility of interstate commerce and in and affecting interstate commerce; was produced using materials that had been mailed, shipped, and transported in interstate or foreign commerce; and was transported using any means and facility of interstate commerce and in and affecting interstate commerce. |
| 18 USC § 2422(b) | using a facility of interstate commerce, that is a computer, did knowingly attempt to persuade, induce, entice and coerce a minor under 18 years of age to engage in sexual activity under such circumstances as would constitute a criminal act under Title 22, District of Columbia Code, Section 3008. |
| 22 D.C.C. §§ 3008 & 3020(a)(1) &(a)(2) | being more than four years older than O.W., a child under 16 years of age, that is 10 years of age, engaged in a sexual act with O.W. and caused O.W. to engage in a sexual act, that is insertion of the defendant's penis into O.W.'s mouth, and at the time, O.W. was under the age of 18 years and the defendant had a significant relationship to O.W. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Alix Skelton, S/A, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/18/2019

_____
*Judge's signature*

City and state: Washington, D.C.   Deborah A. Robinson, U.S. Magistrate Judge
*Printed name and title*